PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510.970.4812
    E-Mail: Carol.C.Clark@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PAT CAUDILL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-01163-EPG<br><br>STIPULATION AND ORDER TO REMAND<br><br>(ECF No. 13) |

## STIPULATION FOR REMAND

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between Plaintiff and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded on an open record for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 25, 2021 /s/ *Steven Rosales**
STEVEN ROSALES
Attorney for Plaintiff
*as authorized via e-mail on June 25, 2021

Dated: June 28, 2021 PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Based upon the parties' stipulation and order to remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and for entry of judgment in favor of plaintiff (ECF No. 13), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff and against Defendant.
IT IS SO ORDERED.

Dated: **June 28, 2021**　　　　　　　　/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE